IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Commonwealth of Pennsylvania; No 1:22-cv-341
Respondent Clearfield Co. Court of Common Pleas
Lower Court # CP-17-CR-
v 396-1995

Daniel L. Spuck,
Petitioner

## Motion for Injunction of All Costs Collection of Restitution In the Above Matter

AND NOW comes, The Petitioner, Daniel L. Spuck, (Pro Se)(I.F.P.) and avers the following in support:

1. That on October 3, 2022 Allegations was brought for Contempt of Court. (See Attachment "A" Allegations Contempt)

2. Prior to in 2008. Contempt was found against the Petitioner by the lower court. This presently is on Appeal in the Pennsylvania Supreme Court and is pending. Also his original case has been in the U.S. Supreme Court on Newly Discovered Evidence from Photographs held from Petitioner by Prior Counsel Wayne H. Hundertmart, Esq..

3. In Photo's clearly show by Camera No.# That Attachment Exhibit "A"