IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL L. SPUCK, | ) |
| Plaintiff, | ) Civil Action No. 22-341E |
| v. | ) Judge Cathy Bissoon |
| | ) Magistrate Judge Maureen P. Kelly |
| COMMONWEALTH OF PENNSYLVANIA, *et al.*, | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On November 22, 2022, the Magistrate Judge issued a Report (Doc. 5) recommending that Plaintiff's Motion (Doc. 4) for injunctive relief be denied, and that this case be dismissed with prejudice pursuant to 28 U.S.C. § 1915. Service of the Report and Recommendation ("R&R") was made on Plaintiff, and he has filed Objections. *See* Doc. 6.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, it hereby is ORDERED that: Plaintiff's Motion (**Doc. 4**) for injunctive relief is **DENIED**; this case is dismissed with prejudice, pursuant to 28 U.S.C. § 1915; and the R&R (Doc. 5) is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

December 28, 2022                                          s\Cathy Bissoon
                                                          Cathy Bissoon
                                                          United States District Judge

cc (via First-Class U.S. Mail):

Daniel L. Spuck
Apartment A
1586 Market Road
Wilcox, PA  15870